UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JOHN MEEK,

                Plaintiff,

    -against-

DETECTIVE WAYNE DAWBER, shield #1714,
N.Y. City Police Dept.; DETECTIVE JEROME
PARRINO, shield #1734, N.Y. City Police Dept.;
ST. JOHNS COUNTY SHERIFF- St. Augustine,
Florida; and AT. JOHNS COUNTY SHERIFF'S
DEPT.,

                Defendants.
------------------------------------------------------------------X
JOHN MEEK,

                Plaintiff,

    -against-

DETECTIVE WAYNE DAWBER, shield #1714, N.Y.
City Police Dept.; DETECTIVE JEROME PARRINO,
shield #1734, N.Y. City Police Dept.; and N.Y. CITY
POLICE DEPARTMENT- Robbery Squad- 77th Pct.,

                Defendants.
------------------------------------------------------------------X

JUDGMENT
04-CV- 2773 (JG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 29 2005 ★
BROOKLYN OFFICE

04-CV- 2899 (JG)

        A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on September 2, 2004, dismissing plaintiff's complaint under docket number 04-CV- 2899 in its entirety; and directing the Clerk of Court to close the case under that docket number; and further, dismissing plaintiff's illegal extradition, false arrest, and denial-of-right-to-counsel claims set forth in plaintiff's complaint under docket number 04-CV- 2773 for failure to state claims upon which relief may be granted; and further, dismissing the complaint as to defendants Dawber, Parrino, St. Johns County Sheriff, and St. Johns County's Sheriff's Department; and directing plaintiff to file an Amended Complaint under docket number 04–CV- 2773 (JG) containing the information specified

JUDGMENT
04-CV- 2773(JG)
04-CV- 2899 (JG)

within the Court's Memorandum and Order within sixty days of the date of this order; and directing that if plaintiff fails to comply with this order within the time allowed, the complaint under docket number 04-CV- 2773 shall be dismissed in its entirety; and further, certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

ORDERED and ADJUDGED that plaintiff's complaint under docket number 04-CV- 2899 is dismissed in its entirety; that plaintiff's illegal extradition, false arrest, and denial-of-right-to-counsel claims set forth in plaintiff's complaint under docket number 04-CV- 2773 are dismissed for failure to state claims upon which relief may be granted; dismissed for failure to state claims upon which relief may be granted; that the complaint is dismissed as to defendants Dawber, Parrino, St. Johns County Sheriff, and St. Johns County Sheriff's Department; that plaintiff is directed to file an Amended Complaint under docket number 04-CV- 2773 (JG) containing the information specified in the Court opinion within sixty days of the date of the Court's order; and that if plaintiff fails to comply with the Court's order within the time allowed, the complaint under docket number 04-CV- 2773 shall be dismissed in its entirety; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
June 14, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court